UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. 2:16-cv-1708-JAM-KJN, et al. |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.206.113.196, | |
| Defendant. | |

The plaintiff's Ex Parte Motions for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) conference filed in each of the actions and noted by their respective docket numbers in the Attachment shall be ordered submitted without hearing and vacated from the Court's November 1, 2016 hearing calendar.

DATED: September 28, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1

1

2  ATTACHMENT:

3  2:16-cv-01708-JAM-KJN     Doc. 15

4  2:16-cv-01709- JAM-KJN    Doc. 16

5  2:16-cv-01710- JAM-KJN    Doc. 9

6  2:16-cv-01711- JAM-KJN    Doc. 8

7  2:16-cv-01712- JAM-KJN    Doc. 9

8  2:16-cv-01713-JAM-KJN     Doc. 6

9  2:16-cv-01714- JAM-KJN    Doc. 7

10 2:16-cv-01715- JAM-KJN    Doc. 8

11 2:16-cv-01716- JAM-KJN    Doc. 8

12 2:16-cv-01717- JAM-KJN    Doc. 7

13 2:16-cv-01718- JAM-KJN    Doc. 7

14 2:16-cv-01719- JAM-KJN    Doc. 7

15 2:16-cv-01720- JAM-KJN    Doc. 7

16 2:16-cv-01721- JAM-KJN    Doc. 8

17 2:16-cv-01722-JAM-KJN     Doc. 6

18 2:16-cv-01723- JAM-KJN    Doc. 7

19 2:16-cv-01724- JAM-KJN    Doc. 8

20 2:16-cv-01725- JAM-KJN    Doc. 6

21 2:16-cv-01726- JAM-KJN    Doc. 6

22 2:16-cv-01727- JAM-KJN    Doc. 7

23 2:16-cv-01728- JAM-KJN    Doc. 8

24 2:16-cv-01729- JAM-KJN    Doc. 8

25 2:16-cv-01733- JAM-KJN    Doc. 7

26

27

28